# UNITED STATES AIR FORCE
# COURT OF CRIMINAL APPEALS

————————————

**No. ACM S32750**

————————————

**UNITED STATES**
*Appellee*

**v.**

**Andrew J. FAGERSTROM**
Airman Basic (E-1), U.S. Air Force, *Appellant*

————————————

Appeal from the United States Air Force Trial Judiciary

Decided 15 June 2023

————————————

*Military Judge*: Tyler B. Musselman.

*Sentence*: Sentence adjudged 24 October 2022 by SpCM convened at Joint Base Charleston, South Carolina. Sentence entered by military judge on 29 November 2022: Bad-conduct discharge and confinement for 150 days.

*For Appellant*: Major Jarett Merk, USAF.

*For Appellee*: Captain Olivia B. Hoff, USAF.

Before RICHARDSON, CADOTTE, and ANNEXSTAD, *Appellate Military Judges*.

————————————

**This is an unpublished opinion and, as such, does not serve as precedent under AFCCA Rule of Practice and Procedure 30.4.**

————————————

PER CURIAM:

The findings and sentence as entered are correct in law and fact, and no error materially prejudicial to the substantial rights of Appellant occurred. Articles 59(a) and 66(d), Uniform Code of Military Justice, 10 U.S.C. §§ 859(a), 866(d). *Manual for Courts-Martial, United States* (2019 ed.).

Accordingly, the findings and sentence are **AFFIRMED**.



FOR THE COURT

CAROL K. JOYCE
Clerk of the Court